# Third District Court of Appeal
## State of Florida

Opinion filed January 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2106
Lower Tribunal No. 17-20925
_____

**Sociedad Comercial Recmetal Cia. Ltda., etc.,**
Appellant,

vs.

**AMI Trading (U.S.A.), Inc., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Osorio Internacional, P.A., and Carlos F. Osorio and Raúl A. Reichard, for appellant.

Polsinelli PC, and Brendan I. Herbert and Henry H. Bolz IV, for appellee.

Before FERNANDEZ, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.